Decision Per Curiam.

James P. Lighton, Appellant, vs. Jennie R. Townsend and William Moore Angas, Appellees.

### IN BANC.

Appeal from the Circuit Court, Duval county; R. M. Call, Judge.

*Geo. U. Walker* and *Procher L'Engle,* for Appellant.

*R. H. Liggett* and *W. B. Owen,* for W. M. Angas.

---

*Memorandum Decisions.*

---

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The appeal is quashed on motion of counsel for appellees.